# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-1053**                   **September Term, 2023**

NLRB-29CA272677

**Filed On: May 9, 2024** [2053716]

Atlantic Veal and Lamb, LLC,

     Petitioner

   v.

National Labor Relations Board,

     Respondent

------------------------------

Consolidated with 24-1086

### O R D E R

    Upon consideration of respondent's motion to postpone the deadline to file the certified index to the record, it is

    **ORDERED** that the motion be granted. This case is hereby held in abeyance pending further order of the court. The National Labor Relations Board is directed to file status reports at 60-day intervals beginning July 8, 2024. The NLRB is further directed to file the certified index to the record within 7 days of the Board's ruling on the motion to modify the underlying decision.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                               BY:   /s/
                                           Catherine J. Lavender
                                           Deputy Clerk