UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ATLANTIC VEAL AND LAMB, LLC | ) |
| | ) Nos.  24-1053 |
| Petitioner/Cross-Respondent | )        24-1086 |
| | ) |
| v. | ) Board Case No. |
| | ) 29-CA-272677 |
| NATIONAL LABOR RELATIONS BOARD, | ) |
| | ) |
| Respondent/Cross-Petitioner | ) |

**STATUS REPORT OF THE NATIONAL LABOR RELATIONS BOARD**

Pursuant to this Court's Order of May 9, 2024, the National Labor Relations Board ("the Board"), by its Deputy Associate General Counsel, hereby submits this status report.

On April 29, 2024, the Board's General Counsel filed with the Board a motion to modify its decision in *Atlantic Veal and Lamb, LLC*, 373 NLRB No. 19, the underlying case in this proceeding.  The Board has not yet ruled on the General Counsel's motion to modify.

Respectfully submitted,

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street SE
Washington, DC  20570
(202) 273-2960

Dated at Washington, DC
this 6th day of November 2024

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| ATLANTIC VEAL AND LAMB, LLC | ) ) ) | |
| Petitioner/Cross-Respondent | ) ) | Nos.  24-1053<br>24-1086 |
| v. | ) ) ) | Board Case No.<br>29-CA-272677 |
| NATIONAL LABOR RELATIONS BOARD, | ) ) ) | |
| Respondent/Cross-Petitioner | ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2024, I filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit.  I certify that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC  20570
(202) 273-2960

Dated at Washington, DC
this 6th day of November 2024