# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1053** **September Term, 2025**

**NLRB-29CA272677**

**Filed On: August 17, 2026** **[2188482]**

Atlantic Veal and Lamb, LLC,

Petitioner

v.

National Labor Relations Board,

Respondent

------------------------------

United Food & Commercial Workers Union,
Local 342,

Intervenor

------------------------------

Consolidated with 24-1086

**O R D E R**

Upon consideration of the motion for leave to intervene filed by United Food & Commercial Workers Union, Local 342, it is

**ORDERED** that the motion be granted.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk